UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Jerrold Ryan Kemmer,

Plaintiff,

vs. MINUTE ORDER

Beltrami County, sued as Beltrami County/Beltrami County Sheriff's Department, a municipal corporation, Randy Fitzgerald, individually and in his capacity as Deputy of the Beltrami County Sheriff's Department, and Ernie Beitle, individually and as a Sheriff's Deputy with the Beltrami Sheriff's Department,

Defendant. Civ. No. 01-403 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 21st day of September, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the parties' informal, joint Motion to alter certain aspects of the Court's Pretrial Scheduling Order, and for other relief. A Hearing on the Motion was conducted on September 21, 2001, at which time the Plaintiff appeared by Joni M. Thome, Esq., and the Defendants

SEP 21 2001
FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

(8)

appeared by Scott T. Anderson, Esq. Good cause for relief having been shown -- owing to the Plaintiff's status as a prisoner -- we grant the informal Motion.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff shall serve his expert disclosures by no later than October 22, 2001, and the Defendants shall serve their expert disclosures by no later than November 30, 2001.

2. That the Defendant is authorized to conduct an appropriate examination of the Plaintiff, pursuant to Rule 35, Federal Rules of Civil Procedure.

3. That, pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure, the Defendant is hereby authorized to take a deposition of the Plaintiff, who is currently a prisoner at the Minnesota Correctional Facility in Lino Lakes, Minnesota.

4. That all discovery in this matter shall be commenced, and completed, by no later than December 30, 2001.

5. That all remaining deadlines, as established by the Court's Order of May 15, 2001, remain in full force and effect.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE