**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jerrold Ryan Kemmer, Civ. No. 01-403 (ADM/RLE)

Plaintiff,

v.

**STIPULATION TO AMEND SCHEDULING ORDER**

Beltrami County/Beltrami County Sheriff's Department a Municipal Corporation; Randy Fitzgerald, individually and in his capacity as Deputy of the Beltrami County Sheriff's Department and Ernie Beitle, individually and in his capacity as Deputy of the Beltrami County Sheriff's Department,

Defendants.

---

It is hereby stipulated and agreed by and between the Plaintiff and Defendants, through their respective counsel, that the following modifications be made to the scheduling order in the above-referenced matter:

1. The date for Defendants expert disclosures be extended until December 14, 2001;
2. The date for completion of discovery be extended until January 31, 2002;
3. The date for dispositive motions to be filed and heard be extended until April 1, 2002;
4. This case shall be ready for trial on April 1, 2002, or thirty days after the Court renders its Order on any dispositive Motion, whichever is later, at which time the case will be placed on the Court's Jury Trial calendar.

(10) (11)

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

December 14, 2001

By ____________________
Joni M. Thome
Attorney Reg. No. 232087
650 Traffic Zone Building
250 Third Avenue North
Minneapolis, MN 55401
(612) 343-8848

ATTORNEY FOR PLAINTIFF

**RATWIK, ROSZAK & MALONEY, P.A.**

December 13, 2001

By: ____________________
Ann R. Goering
Attorney Reg. No. 210699
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060

ATTORNEYS FOR DEFENDANTS

RRM:#28208/arg

**ORDER**

It is so ORDERED.

Dated: 12-20-01

____________________
Raymond L. Erickson
United States Magistrate Judge